**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM STATE COURT**

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Montgomery County

Case number and caption:

| 2025 CV 06754 | Norma Bridges | vs | Amazon.com Services LLC |
|---|---|---|---|
| Case Number | Plaintiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☐ Yes ☒ No

If "Yes," by which party and on what Date:

_____     _____
Party                                                Date

Were there parties not served prior to removal? ☒ Yes ☐ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☐ Yes ☒ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
Amazon.com Services LLC

| **Parties Not Served** | **Parties Dismissed** | **Answers Filed** |
|---|---|---|
| *I.E. Defendant John Doe*<br><br>JingJin Hu / Firiner Store<br>No. 10, Zhongxing Road  :<br>Ma′ antang Community, Bantain Street<br>Longgang District, Shenzhen 518000  :<br>Guangdong, CHINA | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| **Party and Type** | |
|---|---|
| Plaintiff Norma Bridges<br><br>Defendant Amazon.com Services LLC<br><br>Defendant JingJin Hu/Firiner Store | Joyce D. Edelman (0023111)<br>Adanna M. Smith (00104335)<br>PORTER, WRIGHT, MORRIS & ARTHUR LLP<br>41 South High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 227-2000<br>Facsimile: (614) 227-2100<br>E-Mail: jedelman@porterwright.com<br>　asmith@porterwright.com<br><br>Counsel for Defendant<br>Amazon.com Services LLC. |
| **Attorneys** | |
| Matthew D. Bruder, Esq. (0069684)<br>DYER, GAROFALO, MANN & SCHULTZ<br>131 North Ludlow Street, Suite 1400<br>Dayton, Ohio 45402<br>Telephone (937) 223-8888<br>Facsimile (937) 223-0127<br>(937) 223-8888 (Phone)<br>(937) 223-0127 (Facsimile<br>mbruder@dgmslaw.com<br><br>Counsel for Plaintiff | |

USE A SEPARATE SHEET OF PAPER IF NECESSARY