Case: 3:26-cv-00032-MJN-PBS Doc #: 2 Filed: 02/02/26 Page: 1 of 3 PAGEID #: 21

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, December 15, 2025 4:07:55 PM
CASE NUMBER: 2025 CV 06754 Docket ID: 421400214
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| **Norma Bridges** | : | CASE NO. |
| 5230 Rucks Road | | |
| Dayton, OH 45417 | : | JUDGE: |
| Plaintiff | : | |
| vs. | : | |
| **Amazon.com Services LLC.** | : | **COMPLAINT FOR PERSONAL INJURIES** |
| c/o Corporation Services Company | | |
| 3366 Riverside Drive, Suite 103 | | |
| Upper Arlington, OH 43221 | | |
| | : | |
| And, | | |
| | : | |
| **JingJin Hu / Firiner Store** | | |
| No. 10, Zhongxing Road | : | |
| Ma'antang Community, Bantain Street | | |
| Longgang District, Shenzhen 518000 | : | |
| Guangdong, CHINA | | |
| Defendants | : | |

Now comes Plaintiff, Norma Bridges, and, by and through counsel, for her causes of action under the Ohio Product Liability Act, Ohio Revised Code §§ 2307.71–2307.80, alleges as follows:

### CLAIM FOR RELIEF

1.  Defendant, Amazon.com Services LLC (hereinafter "Amazon"), is a corporation duly authorized to do business in the State of Ohio.

2.  Defendant, JingJin Hu / Firiner Store (hereinafter "Firiner"), is a business duly authorized via Defendant Amazon to do business in the State of Ohio.

3.  On December 9, 2023, Plaintiff purchased a Firiner Portable Power Station via the website Amazon.com, and received the product on December 12, 2023.

4. On or about December 16, 2023, Ms. Bridges, while at the residence address at 5230 Rucks Road, Dayton, OH 45417, was using the subject portable power station, manufactured and/or distributed by Defendants, Amazon and Firiner, when the device exploded and caused her to sustain serious injuries and damages.

5. Defendants manufactured and/or supplied the Firiner Portable Power Station in a defective condition as defined by the Ohio Product Liability Act.

6. Defendants are the manufacturers and/or distributors of the subject Firiner Portable Power Station and knew of the existence of a dangerous defect and/or condition of the product and/or failed to adequately guard, design, safely produce or warn of inherent dangers created by design.

7. The subject Firiner Portable Power Station was defective and unreasonably dangerous when placed into the stream of commerce by Defendants by reason of the following product defects:

    a. <u>Manufacturing Defect</u>

    The Firiner Portable Power Station was defective in manufacture and construction as defined in <u>Ohio Revised Code 2307.74</u>;

    b. <u>Design Defect</u>

    The Firiner Portable Power Station was defectively designed as defined in <u>Ohio Revised Code Section 2307.75</u> in that:

        1. <u>Consumer Expectation Standard</u>

        The product failed to perform as safely as an ordinary consumer of the product would expect when used in an intended or reasonably foreseeable manner; and

        2. <u>Risk Benefit Standard</u>

        The risks of danger inherent in the design as a whole, if any, outweigh the benefit of the design;

        3. <u>Warning Defect</u>

        The Firiner Portable Power Station was defective due to inadequate warnings as they are defined in <u>Ohio Revised Code 2307.76</u>, in that Defendants failed to provide adequate warning or instruction that a manufacturer or seller exercising reasonable care would have provided concerning the risk of injury and likely seriousness of harm for use of the product.

8. As a proximate result of the defective nature of the power station designed, manufactured, distributed and/or otherwise introduced into the stream of commerce by Defendants, Plaintiff, Norma Bridges, suffered serious and permanent injuries and is entitled to compensatory damages.

9. Plaintiff, Norma Bridges, suffered damages as follows:

   a. severe and permanent injuries;

   b. great pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause her further pain and suffering and loss of ability to perform usual functions in the future;

   c. reasonable and necessary medical expenses in excess of $78,901.94, as well as future medical expenses; and

   d. lost wages and earnings.

10. The conduct of Defendants in designing, manufacturing and/or distributing the Firiner Portable Power Station used by Plaintiff, Norma Bridges, on December 16, 2023, constitutes misconduct by the manufacturers and/or suppliers that manifested a flagrant disregard for the safety of the persons who might be harmed by the product in question, such that an award of punitive damages against Defendants pursuant to Ohio Revised Code Section 2307.80 is proper in this case.

**WHEREFORE**, Plaintiff, Norma Bridges, demands judgment against Defendants, Amazon and/or JingJin Hu / Firiner Store, jointly and severally, in an amount in excess of $25,000, for compensatory damages, attorney fees, and costs of this action.

Respectfully Submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

/s/ Matthew D. Bruder
Matthew D. Bruder, Esq. (0069684)
Attorney for Plaintiff
131 North Ludlow Street, Suite 1400
Dayton, Ohio 45402
Telephone (937) 223-8888
Facsimile (937) 223-0127
mbruder@dgmslaw.com