# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| NORMA BRIDGES, | : | Case No. 3:26-cv-00032 |
| Plaintiff, | : : | District Judge Michael J. Newman |
| vs. | : : | Magistrate Judge Caroline H. Gentry |
| AMAZON.COM SERVICES LLC, *et al.*, | : : : : | |
| Defendants. | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge