UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| NORMA BRIDGES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-00032 |
| | ) | |
| v. | ) | JUDGE MICHAEL J. NEWMAN |
| | ) | |
| AMAZON.COM SERVICES LLC, *et al.*, | ) | MAGISTRATE JUDGE PETER B. |
| | ) | SILVAIN, JR. |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT AMAZON.COM SERVICES, LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Amazon.com Services, LLC ("Amazon"), by and through undersigned counsel, answers Plaintiff's Complaint as set forth below:

1.      Amazon admits the allegations in Paragraph 1 of the Complaint.

2.      Amazon lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2, and, therefore, denies those allegations.

3.      Amazon lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3, and, therefore, denies those allegations.

4.      Amazon denies that it manufactured the subject portable power station. Amazon lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 4, and, therefore, denies those allegations.

5.      Amazon denies the allegations in Paragraph 5. To the extent Paragraph 5 asserts legal conclusions regarding the Ohio Products Liability Act (OPLA), no response is required; if a response is required, Amazon denies those allegations.

6.      Amazon denies the allegations in Paragraph 6. To the extent Paragraph 6 asserts legal conclusions regarding product defect theories, no response is required; if a response is required, Amazon denies those allegations.

7.      Amazon denies the allegations in Paragraph 7, including subparts a. and b. To the extent Paragraph 7 asserts legal conclusions regarding product defect theories, no response is required; if a response is required, Amazon denies those allegations.

8.      Amazon denies that it caused or created any defective conditions. Amazon lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 8 and therefore denies those allegations.

9.      Amazon lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 and therefore denies those allegations.

10.     Amazon denies the allegations in Paragraph 10. To the extent Paragraph 10 asserts legal conclusions regarding product defect theories, no response is required; if a response is required, Amazon denies those allegations.

11.     With regard to the Wherefore paragraph following Paragraph 10, Amazon denies that Plaintiff is entitled to judgment, or any relief whatsoever, from Amazon.

## AFFIRMATIVE DEFENSES

### First Defense

The Complaint fails to state a claim upon which relief can be granted against Amazon.

### Second Defense

Plaintiff's claims are barred because Amazon is not a "Supplier" as defined by Ohio Rev. Code § 2307.71(A)(15) and so cannot be held liable under Ohio Rev. Code §§ 2307.71-.77.

### Third Defense

Plaintiff's claims may be barred, in whole or in part, by the modification or alteration of the product while outside Amazon's control.

### Fourth Defense

Plaintiff's claims may be barred, in whole or in part, by the misuse or abuse of the product by Plaintiff and/or by third parties.

### Fifth Defense

Plaintiff's claims may be barred by assumption of the risk and/or informed consent.

### Sixth Defense

The injuries and damages of which Plaintiff complains were caused, in whole or in part, by superseding, intervening, and/or comparative negligence.

### Seventh Defense

The injuries and damages of which Plaintiff complains were caused, in whole or in part, by other tortious conduct of another person and/or entity over which Amazon had no control.

### Eighth Defense

The injuries and damages of which Plaintiff complains may be attributable to one or more persons from whom Plaintiff does not seek recovery in this action.

### Ninth Defense

Amazon asserts any and all defenses available to it under the Ohio Product Liability Act, Ohio Rev. Code §§ 2307.71-.80.

### Tenth Defense

Plaintiff's claims may be barred by a failure to join all necessary and indispensable parties pursuant to Civ.R. 19 or other applicable law.

### Eleventh Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff may have failed to exercise ordinary care for Plaintiff's own health and safety and may have proximately caused Plaintiff's injuries and damages, if any.

3

**Twelfth Defense**

Plaintiff's claims may be barred, reduced, and/or limited pursuant to the applicable Ohio statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

**Thirteenth Defense**

To the extent that Plaintiff enters or has entered into a release or covenant not to sue with any other person or entity with respect to the injuries or losses alleged in the Complaint, Amazon's liability, if any, should be reduced in accordance with Ohio Rev. Code § 2307.28.

**Fourteenth Defense**

To the extent Plaintiff's Complaint alleges common law product liability claims against Amazon, those claims are abrogated by the Ohio Product Liability Act ("OPLA"), Ohio Rev. Code §§ 2307.71-.80, and are subject to the requirements and limitations promulgated by the OPLA.

**Fifteenth Defense**

Plaintiff's claim for punitive damages is barred by, and the amount of such damages are limited by, Ohio Rev. Code § 2315.21.

**Sixteenth Defense**

Plaintiff's damages may not exceed those set forth in Ohio Rev. Code § 2315.18.

**RESERVATION OF RIGHTS AND REMEDIES**

Amazon reserves the right to assert additional defenses and to file such cross-claims, counterclaims, third-party complaints, and other pleadings as additional facts and information become available in discovery.

**WHEREFORE**, Defendant Amazon requests judgment in its favor, that all claims against it be dismissed with prejudice, and such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Joyce D. Edelman*

Joyce D. Edelman (0023111)
Adanna M. Smith (00104335)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Ste. 2800-3100
Columbus, Ohio 43215
614/227-2000 (phone)
614/227-2100 (fax)
jedelman@porterwright.com
asmith@porterwright.com

*Attorney for Defendant, Amazon.com Services, LLC*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2026, a true copy of the foregoing *Answer to Plaintiff's Complaint* was served via the Court's electronic filing system and electronic mail upon the following:

Matthew D. Bruder, Esq.
DYER, GAROFALO, MANN & SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, Ohio 45402
mbruder@dgmslaw.com

*Counsel for Plaintiff*

I hereby further certify that on this 9th day of February 2026, a true copy of the foregoing *Answer to Plaintiff's Complaint* was served via regular U.S. First Class Mail upon the following:

JingJin Hu / Firiner Store
No. 10, Zhongxing Road
Ma'antang Community, Bantain Street
Longgang District, Shenzhen 518000
Guangdong, CHINA

*Defendant*

/s/ Joyce D. Edelman
Joyce D. Edelman (0023111)

6

27289570.1